IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **INTERFACE PRINTERS, LLC,** | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. **3:16-CV-607-L** |
| **BGF GLOBAL, LLC**, | § § | |
| Defendant. | § § | |

## ORDER

On August 28, 2017, United States Magistrate Paul D. Stickney entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court deny without prejudice Plaintiff's Motion for Default Judgment (Doc. 7), filed November 18, 2016. No objections to the Report were filed. Having reviewed the motion, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies without prejudice** Plaintiff's Motion for Default Judgment (Doc. 7) and **orders** Plaintiff to file an amended motion for default judgment by **October 12, 2017**, that cures the deficiencies noted by the magistrate judge. *Failure to comply with this order will result in dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or comply with a court order.*

**It is so ordered** this 12th day of September, 2017.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**