IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **INTERFACE PRINTERS, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:16-CV-607-L** |
| | § | |
| **BGF GLOBAL, LLC,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the court is Plaintiff's Amended Motion for Entry of Default Judgment (Doc. 12), filed December 12, 2017. The motion was referred to United States Magistrate Judge Rebecca Rutherford, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 25, 2018, recommending that the court grant Plaintiff's Amended Motion for Entry of Default Judgment and enter a default judgment in the amount of $43,900 against Defendant, plus postjudgment interest at the applicable federal rate. No objections to the Report were filed. The Report also notes that, while Plaintiff requested prejudgment interest in its pleadings, its motion does not include a request for prejudgment interest. The magistrate judge, therefore, recommends that none be awarded.

After reviewing the motion, pleadings, file, Report, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **grants** Plaintiff's Amended Motion for Entry of Default Judgment (Doc. 12). Accordingly, the court **orders** that default judgment be entered in favor of Plaintiff in the amount of **$43,900**, plus postjudgment interest thereon at the applicable federal rate of **2.33%**. Plaintiff

requested no prejudgment interest, and the court awards none. In accordance with Rule 58 of the Federal Rules of Civil Procedure, a default judgment will issue by separate document.

**It is so ordered** this 11th day of July, 2018.

Sam A. Lindsay
United States District Judge